06-460-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA
vs.
HARRIS, KENNETH D

*Defendant.*

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| S0549804 | 01/10/2006 |
| MD41 | |

DRIVE W/SUSPENDED LIC
06-M-1063JKB

**FILED**
OCT 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **APPEARANCE REQUIRED** may be Forfeited in Lieu of Appearance.

Date 05/10/06

United States Magistrate Judge
HON BETH P. GESNER

---

### RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE | LOCATION |
|---|---|
| | |

Name  D.L. Baldwin   Title  SD USM   District  016
Date  10-27-06    Signature  David Baldwin

# Violation Notice

**Violation Number:** S 0549804
**Officer Name (Print):** Miller, Sarah
**Officer No:** 646
**State Code:** MD 41

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

**Date and Time of Offense (mm/dd/yyyy):** 01/10/2006 1709
**Offense Charged:** ☒ CFR  ☐ USC  ☐ State Code — MTR 10-303(c)
**Place of Offense:** Connector Rd @ VCP2
**Offense Description:** Driving on Suspended License & Privileges

## DEFENDANT INFORMATION

**Last Name:** Harris
**First Name:** Kenneth
**MI:** D
**Phone:** —
**Date of Birth (mm/dd/yyyy):** —
**Driver's License No:** —
**DL State:** D.C.

**VEHICLE DESCRIPTION**
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
**Tag No:** —   **State:** VA
**VIN:** —
**Year/Make:** 1994 Mercedes E320   **Color:** White
**Body:** Bk1   **BR:** 15-11'1210

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**PAY THIS AMOUNT →**
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE** — (If no court appearance date is shown you will be notified of your appearance date by mail.)
**Court Address:** TBD
**Date (mm/dd/yyyy):** _____   **Time (hh:mm):** _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature:** [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **January 10**, 20 **06** while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____   _____
            Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____   _____
            Date (mm/dd/yyyy)   U.S. Magistrate Judge