**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
**Date: 11/8/06**

NOV 09 2006

DEPUTY

Nancy Mayer-Whittington
Clerk of the Court
Address of Other Court: United States District Court
4415 Edward A. Garmatz Federal Bldg
101 West Lombard St.
Baltimore, MD. 21201

Mag: 06-460 Kenneth D. Harris

**FILED**

NOV 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | |
|---|---|---|
| X Docket Sheet | | Warrant of Removal |
| X Warrant/Viol Notice | | Order of Removal |
| Minute Order Appointing Counsel | X | Detention Order |
| Corporate Surety Bond | X | Waiver of Removal |
| Personal Surety Bond | | |
| X Other- Blotter dated 10/27/06 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
Deputy Clerk